**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MICHAEL ALEXANDER, on behalf of himself and all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>CERTEGY CHECK SERVICES, INC.,<br><br>        Defendant. | Case No.: 1:15-cv-02108-JEB |

**PLAINTIFF'S MOTION FOR LEAVE TO AMEND THE COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 15, Plaintiff respectfully moves the Court to allow him to amend his complaint, attached hereto in accordance with Local Rule 15.1. The amended complaint maintains the counts and allegations against the same Defendant from the original complaint, but accounts for minor factual corrections and additions. In support of this motion, Plaintiff shows the Court as follows:

**<u>Memorandum in Support of Motion</u>**

Federal Rule of Civil Procedure 15(a) requires that leave to amend a complaint "be freely given if justice so requires." Fed. R. Civ. P. 15(a)(2).[1] The interests of justice and judicial economy will undoubtedly be served by having all allegations properly before the Court as set forth in Plaintiff's proposed Amended Class Action Complaint. The amendments are narrowly tailored such that the action can more effectively proceed on the merits.

---

[1] But for the extension of time sought and obtained by Plaintiff, Plaintiff would be entitled to amend as a matter of course and without leave of court under Rule 15(a)(1)(B).

Defendant has two pending motions: Defendant's Motion to Transfer Venue to the Middle District of Florida [Doc. 7] and Motion to Dismiss Plaintiff's Class Action Complaint [Doc. 8]. The motion to dismiss provides that if the Court grants the motion to transfer, Certegy will seek leave to amend the memorandum in support of its motion to dismiss, so as to conform to the law of the new venue. *See* Def.'s Mtn. to Dismiss, at 5 n.3. Notably, Plaintiff does not oppose Defendant's motion to transfer and has filed a response accordingly. Accordingly, because of the unopposed motion to transfer, this Court can transfer the action to the new venue without a pending and obsolete motion to dismiss that Defendant acknowledges it would have to alter to conform to the binding law of the transferee Court. The amended complaint also addresses factual deficiencies alleged by Defendants in their motion to dismiss. Starting anew with an amended complaint in the transferee Court would advance judicial economy. And it would not prejudice Defendant. Notably, the proposed amended complaint does not add any new defendants, does not set forth any new claims, and does not raise any new legal theories. Plaintiff simply seeks to add specificity to his allegations, some of which Defendants identify in the motion to dismiss. Moreover, Plaintiff's request to file an amended complaint is not futile, as Plaintiff alleges sufficient facts to state a claim for relief that are facially plausible.

Plaintiff provided a copy of the proposed amended complaint to Defendant, through counsel; Defendant may or may not oppose this motion. At the time of this filing, Defendant has not communicated to the undersigned its position on this motion.

Accordingly, in the interest of justice and for judicial efficiency, this Court should grant Plaintiff's motion for leave to file the proposed amended complaint. The grant of this motion is particularly appropriate here, given the clear absence of any substantial reason to deny leave to amend.

Dated: March 28, 2016                     Respectfully submitted,

                **ABBOTT LAW GROUP, P.A**.

By: /s/
    Steven W. Teppler (DC Bar No. 445259)
    *steppler@abbottlawpa.com*
    Madison L. Kvamme* (FL Bar No. 104678)
    *mk@abbottlawpa.com*
    **ABBOTT LAW GROUP, P.A.**
    2929 Plummer Cove Road
    Jacksonville, FL 32223
    Telephone: (904) 292-1111
    Facsimile: (904) 292-1220

    John A. Yanchunis (FL Bar No. 324681)*
    *jyanchunis@ForThePeople.com*
    Marcio W. Valladares (FL Bar No. 986917)*
    *mvalladares@forthepeople.com*
    Patrick A. Barthle (FL Bar No. 99286)*
    *pbarthle@forthepeople.com*
    **MORGAN & MORGAN**
    **COMPLEX LITIGATION GROUP**
    201 N. Franklin Street, 7th Floor
    Tampa, Florida, 33602
    Telephone: (813) 223-5505
    Fax: (813) 222-4738

\*   *Pro Hac Vice* Applications to be submitted

### CERTIFICATE OF SERVICE

    I hereby certify that on March 28, 2016, a true and correct copy of the foregoing document and attached Amended Complaint was filed with the Court utilizing its ECF system, which will send notice of such filing to all counsel of record.

                /s/
                _____
                Steven W. Teppler